■ MATILDA CASTRO et al., Respondents, v ALDEN LEEDS, INC., Defendant, and WESTROCK INDUSTRIES, INC., Appellant and Third-Party Plaintiff-Appellant. LETICA CORP. et al., Third-Party Defendants-Respondents, et al., Third-Party Defendant. —Order of the Supreme Court, Rockland County, dated June 26, 1984, affirmed, insofar as appealed from, without costs or disbursements, for reasons stated by Justice Ferraro at Special Term. Lazer, J. P., O'Connor, Niehoff and Kooper, JJ., concur.